IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | } | Case No: | 13-31742-DHW |
| | } | | |
| Arthur Moon | } | Chapter: | 13 |
| SSN: xxx-xx-2060 | } | | |
| Debtor. | } | | |

## MOTION FOR APPROVAL OF A TRIAL PERIOD LOAN MODIFICATION FILED BY SELECT PORTFOLIO SERVICING, INC. AS SERVICING AGENT FOR WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, AS INDENTURE TRUSTEE, FOR THE CSMC 2015-RPL1 TRUST, MORTGAGE-BACKED NOTES, SERIES 2015-RPL1 AND REQUEST FOR TELEPHONIC HEARING

Comes now SELECT PORTFOLIO SERVICING, INC. AS SERVICING AGENT FOR WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, AS INDENTURE TRUSTEE, FOR THE CSMC 2015-RPL1 TRUST, MORTGAGE-BACKED NOTES, SERIES 2015-RPL1, its principals, investors, successors, and/or assigns, if any, (hereinafter "Creditor"), by and through its undersigned counsel of record, Sirote & Permutt, P.C., and moves this Honorable Court for approval of the loan modification agreement reached by Debtor and Creditor and in support thereof, Creditor avers as follows:

The Creditor holds a mortgage lien on the property commonly referred to as 7901 Norris Farms, Montgomery, Alabama 36116, and more fully described in the mortgage and note. The Debtor and the Creditor have negotiated a trial period loan modification offer only regarding this mortgage.

**WHEREFORE, ABOVE PREMISES CONSIDERED,** the Creditor herein prays that this Honorable Court will approve the attached loan modification agreement.

Respectfully submitted,

/s/ Janna L Ifshin
Janna L Ifshin (IFS-001)
Diane Murray (MUR-048)
Donald M. Wright (WRI-021)
Enslen Crowe (CRO-098)
Attorney for Creditor

OF COUNSEL:
Janna L Ifshin
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, Alabama 35205
Telephone: 205-918-5083/Fax: 205-212-2874
jifshin@sirote.com

## CERTIFICATE OF SERVICE

I hereby certify in accordance with Fed. R. Bankr. P. 4001(a), 9014, and 7004 that a copy of the above and foregoing Motion for Approval of Loan Modification Agreement was mailed, first class postage prepaid to the following:

Arthur Moon
7901 Norris Farms Road
Montgomery, AL 36116

and served via electronic case management to:

Richard D Shinbaum
Shinbaum & Campbell
P.O. Box 201
Montgomery, AL 36101
rshinbaum@smclegal.com

Sabrina L. McKinney [Acting]
P.O. Box 173
Montgomery, AL 36101
trustees_office@ch13mdal.com

On this the 17th day of Oct., 2016.

/s/ Janna L Ifshin
OF COUNSEL

**HELPING YOU STAY IN YOUR HOME.** 

MAKING HOME AFFORDABLE

*You may be able to make your payments more affordable.*
**Act now to get the help you need!**

Call 888-818-6032 for Immediate Assistance.



SPS SELECT
*Portfolio*
SERVICING, inc.

September 22, 2016

Re: Customer Name(s): GERALDINE MOON
ARTHUR L MOON
Account Number: ████████
Property Address: 7901 NORRIS FARMS
MONTGOMERY, AL 36116

Select Portfolio Servicing, Inc. (SPS), the mortgage servicer on the above referenced account, is sending this to you to provide information regarding the lien on the real property referenced above. Our records indicate that your obligation has been discharged or is subject to an automatic stay order under the United States Bankruptcy Code. This notice and any enclosed documents are for compliance and informational purposes only and do not constitute a demand for payment or an attempt to collect such obligation. Even though your personal liability on the note may be discharged or subject to an automatic stay, the terms of the mortgage remain in effect, and the owner of the mortgage, as lien holder, continues to have a lien on the real property.

**Congratulations!** You are approved to enter into a trial period plan under the Home Affordable Modification Program. This is the first step toward qualifying for more affordable mortgage payments. Please read this letter so that you understand all the steps you need to take to modify your mortgage payments.

**What you need to do...**
To accept this offer, you must make your first monthly "trial period payment." To qualify for a permanent modification, you must make the following trial period payments in a timely manner:

> 1st payment: $1,222.45 by 11/01/2016
>
> 2nd payment: $1,222.45 by 12/01/2016
>
> 3rd payment: $1,222.45 by 01/01/2017

After all trial period payments are timely made and you have submitted all the required documents, your mortgage will be permanently modified. (Your existing mortgage and mortgage requirements remain in effect and unchanged during the trial period.) **If each payment is not received by Select Portfolio Servicing, Inc. (SPS) in the month in which it is due, this offer will end and your mortgage will not be modified under the Making Home Affordable Program.**



**Overnight payments can be mailed directly to:**

**Select Portfolio Servicing, Inc.
Attn: Remittance Processing
3217 S. Decker Lake Dr Salt Lake City, UT 84119**

**If remitting payment via Western Union Quick Collect, please reference the account number and deliver to Code City: Oswald; Code State: UT.**

Your assigned Relationship Manager, Heidi Buckner, can be reached toll free at 800-258-8602 Ext. 37403 or by email at Relationship.Manager@SPServicing.com.

At SPS, any of our trained servicing representatives can assist you with answers to your questions about the status or history of your account, document requirements, or any of our available resolution options. If you have any questions or if you cannot afford the trial period payments shown above but want to remain in your home, or if you have decided to leave your home but still want to avoid foreclosure, please call us at 888-818-6032 as we may be able to help you. (Also, please review the attached "Frequently Asked Questions.")

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**

Attachments: (1) Frequently Asked Questions and (2) Additional Trial Period Plan Information and Legal Notices

The *Making Home Affordable* program was created to help millions of homeowners refinance or modify their mortgages. As part of this program, we – your mortgage servicer – and the Federal Government are working to offer you options to help you stay in your home.

**Q. What else should I know about this offer?**
- If you make your new payments timely we will not conduct a foreclosure sale.
- You will not be charged any fees for this trial period plan or a permanent modification.
- If your mortgage is modified, we will waive all unpaid late charges.
- Your credit score may be adversely affected by accepting a trial period plan. The impact of a permanent modification on a credit score depends on the homeowner's entire credit profile. For more information about your credit score, go to
http://www.ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm.
- You may be required to attend credit counseling.

**Q. Why is there a trial period?**
The trial period offers you immediate payment relief and gives you time to make sure you can manage the lower monthly mortgage payment. The trial period is temporary, and your existing mortgage and mortgage requirements remain in effect and unchanged during the trial period.

**Q. How was my new payment in the trial period determined?**
Your trial period payment is an affordable percentage of your total gross monthly income, which we determined to be $8,572.42 based on the income documentation you provided. Your trial period payment is based on an interest rate of . In addition, if your existing payment includes mortgage insurance premiums, this amount will also be added to your payment.

The modified payment should be sufficient to pay the principal and interest as well as property taxes, insurance premiums and other permissible escrow fees based on our recent analysis of these costs. Your modified monthly payment may change if your property taxes and insurance premiums change. If you did not have an escrow account before, the timing of your tax and insurance bills may require that you make a payment to cover any such bills when they come due. This is known as an escrow shortage. Your account has an escrow shortage of $583.49; this can either be paid in a lump sum when the mortgage is modified or over the next 60 months in an amount of $9.72 per month in addition to your modified monthly mortgage payment. If you wish to pay the total shortage as a lump sum, please contact us at 888-818-6032.

**Q. When will I know if my mortgage can be modified permanently and how will the modified account balance be determined?**
Once you make all of your trial period payments on time, we will send you a modification agreement detailing the terms of the modified mortgage. Any difference between the amount of the trial period payments and your regular mortgage payments will be added to the balance of your account along with any other past due amounts as permitted by your mortgage documents. While this will increase the total amount that you owe, it should not significantly change the amount of your modified mortgage payment as that is determined based on your total monthly gross income, not your account balance.

**Q. Are there financial incentives that I may qualify for if I am current with my new payments?**
If your mortgage is permanently modified and you remain in good standing for six years, you will receive a one-time pay-for-success incentive of $5,000. This incentive will be *applied to reduce your principal balance.* Importantly, this helps you build equity in your property by reducing the amount that you owe. However, you will not receive this incentive if your modified mortgage loses good standing—which means that the equivalent of three full monthly payments are due and unpaid on the last day of any month—at any time during this six year period.

**Q. Will my interest rate and principal and interest payment be fixed after my mortgage is permanently modified?**
YES. Once your mortgage is modified, your interest rate and monthly principal and interest payment will be fixed for the life of your mortgage. Your new monthly payment will include an escrow for property taxes, hazard insurance and other escrowed expenses. If the cost of your homeowners insurance, property tax assessment or other escrowed expenses increases, your monthly payment will increase as well.



**Q. What if I have other questions about a Home Affordable Modification that cannot be answered by my mortgage servicer?**
Call the Homeowner's HOPE™ Hotline at **888-995-HOPE (4673)**. This Hotline can help with questions about the program and offers access to free HUD-certified counseling services in English and Spanish.



**Q. What if I am aware of fraud, waste, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program?**
Please contact SIGTARP at 877-SIG-2009 (toll-free), 202-622-4559 (fax) or www.sigtarp.gov and provide them with your name, our name as your servicer, your property address, account number and reason for escalation. Mail can be sent to: Hotline Office of the Special Inspector General for Troubled Asset Relief Program, 1801 L Street NW, Washington, DC 20220.



**IMPORTANT PROGRAM INFO** — Here's what you need to know about the Home Affordable Modification program.

## Additional Trial Period Plan Information and Legal Notices

The terms of your trial period plan below are effective on the day you make your first trial period payment, provided you have paid it on or before 11/01/2016. You and we agree that:

**We will not proceed to foreclosure sale during the trial period, provided you are complying with the terms of the trial period plan**

- Any pending foreclosure action or proceeding that has been suspended may be resumed if you are notified in writing that you failed to comply with the terms of the trial period plan or do not qualify for a permanent modification.
- You agree that the servicer will hold the trial period payments in an account until sufficient funds are in the account to pay your oldest delinquent monthly payment. You also agree that the servicer will not pay your interest on the amounts held in the account. If any money is left in this account at the end of the trial period plan, those funds will be deducted from amounts that would otherwise be added to your modified principal balance.
- The servicer's acceptance and posting of your new payment during the trial period will not be deemed a waiver of the acceleration of your mortgage (or foreclosure actions) and related activities, and shall not constitute a cure of your default under your mortgage unless such payments are sufficient to completely cure your entire default under your mortgage.

**If your monthly payment did not include escrows for taxes and insurance, you are now required to do so:**

- You agree that any prior waiver that allowed you to pay directly for taxes and insurance is revoked. You agree to establish an escrow account and to pay required escrows into that account.

**Your current mortgage documents remain in effect; however, you may make the trial period payment instead of the payment required under your mortgage documents:**

- You agree that all terms and provisions of your current mortgage documents remain in full force and effect and you will comply with those terms; and that nothing in the trial period plan shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the mortgage documents.





September 22, 2016

GERALDINE MOON
ARTHUR L MOON
7901 NORRIS FARMS RD
MONTGOMERY, AL 36116-2229

RE: Account Number: 
Property Address: 7901 NORRIS FARMS
MONTGOMERY, AL 36116

Dear Customer(s):

You previously provided a complete Assistance Review Application and we are providing our response to that complete application. Because our records indicate that your lien may be subject to Bankruptcy, please read the following:

> Select Portfolio Servicing, Inc. (SPS), the mortgage servicer on the above referenced account, is sending this to you to provide information regarding the lien on the real property referenced above. Our records indicate that your obligation has either been discharged or is subject to an automatic stay order under the United States Bankruptcy Code. This notice and any enclosed documents are for compliance and informational purposes only and do not constitute a demand for payment or an attempt to collect such obligation. Even though your personal liability on the note may be discharged or subject to an automatic stay, the terms of the mortgage remain in effect, and the owner of the mortgage, as lien holder, continues to have a lien on the real property.
>
> If there is any bankruptcy proceeding pending that includes the subject property, then you may need to obtain Bankruptcy Court approval prior to any refinance or sale of the property. Similarly, you may need Bankruptcy Court approval of any permanent modification of the account.

Please review the enclosed letter regarding our review of the account. You may contact SPS at 888-818-6032 to discuss the enclosures. SPS representatives are available Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time.

Sincerely,

Select Portfolio Servicing, Inc.

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**


**SPS** SELECT Portfolio SERVICING, inc.

September 22, 2016

GERALDINE MOON
ARTHUR L MOON
7901 NORRIS FARMS RD
MONTGOMERY, AL 36116-2229

Re: Customer Name(s): GERALDINE MOON
ARTHUR L MOON
Account Number:
Property Address: 7901 NORRIS FARMS
MONTGOMERY, AL 36116

Dear Customer(s):

Select Portfolio Servicing, Inc. (SPS), the mortgage servicer on the above referenced account, has completed its review of your complete Assistance Review Application. Thank you for completing your Assistance Review Application and submitting all required documentation. The decisions in this letter represent the evaluation of all home retention loss mitigation options available to you, ensuring you receive a fair and complete evaluation. Our reviews are conducted in accordance with applicable laws and investor eligibility rules. SPS is committed to a policy of nondiscrimination in all aspects of its servicing program.

**Loss Mitigation Program Decision**

Congratulations! You have qualified for and we are pleased to offer you a HAMP Tier 2 Trial Modification. This program is intended to help you avoid foreclosure or other legal action. Attached you will find the terms and conditions of our approval along with instructions to accept the offer. It is important that you read it carefully and comply with the terms outlined in the agreement. If after reading through the terms and conditions of the offer you find that you are unable to meet the requirements, or you have further questions, please contact SPS.

**The approved option must be accepted by November 1, 2016, or we will deem that you have rejected the offer. If you do not accept this option by the due date, you may lose your opportunity to participate in these options now and in the future. Your plan will be considered accepted if you make the first payment due according to the attached payment schedule.**

If there is any bankruptcy proceeding pending that includes the subject property, then you will need to obtain Bankruptcy Court approval prior to any refinance or sale of the property. Similarly, you may need Bankruptcy Court approval of any permanent modification of the account.

If you are currently eligible to receive principal reduction incentives for remaining current under a prior Home Affordable Modification, acceptance of this plan will discontinue accrued or future incentives.

## Non-Home Retention Options

You may also be eligible for non-home retention options. Our approval of these non-home retention options is conditioned upon our receipt of information that may not be in your possession (e.g., appraisal or title search) that is necessary to establish the specifics of the offer. Depending on what the documents show, the specific option may not be available.

**Short Sale.** If you are interested in selling your property but owe more than your home is worth, a short sale may be an option. In a short sale, SPS allows you to sell the mortgaged property and pay off your mortgage account for an amount which is less than the outstanding balance, interest and fees. Approval for this option is conditioned upon receipt of required documentation, investor, and/or mortgage insurer approval, if required, and evaluation of the amount being presented for pay off of the outstanding lien. If you are interested in this option and have a current purchase offer on your home, please contact us immediately. If you are interested in selling your home, but need assistance in finding an experienced real estate agent to assist you, SPS can refer you to an agent in your area. Please contact one of our representatives at the number below for more information.

**Deed in Lieu of Foreclosure.** With a deed in lieu, you agree to transfer the title or ownership of your property to the owner or servicer of your mortgage in order to avoid foreclosure sale and satisfy all or a portion of the mortgage debt. The amount of debt satisfied by this transfer of ownership is based on the approved value of your home. In some cases, you may be responsible for a remaining balance of the mortgage debt over and above the approved value. This option is conditioned upon receipt of required documentation, investor and/or mortgage insurer approval, if required, and the ability to provide title to the property clear of all other liens.

As stated, these options have different requirements and guidelines, and not all accounts will qualify. Moreover, some of these options may offer financial assistance for your relocation. Please contact SPS for more detail.

## Regulatory Notice of Non-Approval

Even though you are approved for a HAMP Tier 2 Trial Modification, federal law requires us to disclose the programs for which you have been reviewed but not approved, or are otherwise ineligible for review. SPS reviewed your complete Assistance Review Application for eligibility under its loss mitigation options, which are established through investor rules and are based on your individual circumstances. All program(s) below are the program(s) for which you were denied and the specific reason for non-approval. These denials are based on the criteria where your account did not pass the program eligibility requirements; we did not consider other criteria regarding ineligibility as part of our decision.

- **HAMP Tier 1 Trial Modification**

    **Ineligible Borrower.**
    We are unable to offer you this program because your current monthly housing expense, which includes the monthly principal and interest payment on your first lien mortgage plus property taxes, hazard insurance and homeowner's dues (if any), is less than or equal to 31% of your gross monthly income (your income before taxes and other deductions) which we verified as $8,572.42. If you believe this verified income is incorrect, please contact us at the number provided below.

- **SPS Trial Modification**

    **Alternate Option Offered.**
    We are unable to offer you this program because you were approved for another loss mitigation option based on investor and/or regulatory rules.

- **Home Affordable Unemployment Program (HAUP)**

    **Not Currently Unemployed.**
    Our records indicate that you are not currently receiving unemployment income. Therefore, you are not eligible to be reviewed for this unemployment program.



- **SPS Unemployment Program**

    **Not Currently Unemployed.**
    Our records indicate that you are not currently receiving unemployment income. Therefore, you are not eligible to be reviewed for this unemployment program.

- **Repayment Plan**

    **Active Bankruptcy.**
    We are unable to offer you this program at this time because of a recently bankruptcy filing.

## Right to Appeal

You have the right to appeal any non-approval by providing a written explanation of why you believe our determination was incorrect, along with all supporting evidence, within thirty (30) days of the date of this letter to:

Select Portfolio Servicing, Inc.
PO Box 65277 Salt Lake City, UT 84165-0277
Relationship.Manager@SPServicing.com

You have thirty (30) calendar days from the date of this notice to contact SPS to discuss the reason for non-approval. **No foreclosure sale will be conducted and you will not lose your home** during this 30-day period or any longer period required for us to review supplemental material you may provide in response to this notice. If a foreclosure sale has already been scheduled we will instruct our attorney to file a motion to postpone such sale. It is possible however that a court will deny the motion and the sale will proceed. If that happens we will be unable to provide loss mitigation.

## Notice of Error or Information Request

If you believe there has been an error with the account or you require additional information, you may send a written Notice of Error or Information Request. All Notices of Error or Information Requests must be sent in writing to the address listed below, as this is our exclusive address under Federal Law for these matters. If you send your correspondence to any other address, it may not be processed in accordance with Federal law.

Select Portfolio Servicing, Inc.
PO Box 65277 Salt Lake City, UT 84165-0277

## Contact Us

If you have any questions, your assigned Relationship Manager, Heidi Buckner, can be reached toll free at 800-258-8602 Ext. 37403 or by email at Relationship.Manager@SPServicing.com.

At SPS, any of our trained servicing representatives can assist you with answers to your questions about the status or history of your account, document requirements, or any of our available loan resolution options. If you have any questions or concerns, please contact our Loan Resolution Department. Our toll-free number is 888-818-6032, and representatives are available Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time.

If you would like to speak with a HUD approved counselor, call the Homeowner's HOPE™ Hotline 888-995-HOPE (4673). The Homeowner's HOPE™ Hotline offers free HUD-certified counseling services and is available 24/7 in English and Spanish. Other languages are available by appointment.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**



The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection, 1700 G Street NW., Washington, DC 20552.

The status of your Bankruptcy may be reported to all credit reporting agencies in accordance with the Fair Credit Reporting Act. If your Bankruptcy is dismissed, or if your Bankruptcy is discharged and your loan is reaffirmed, your loan will be reported as paying under a partial payment plan during the Trial Period Plan, and as modified if you enter into a final modification agreement. Visit ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm for more information about your credit.